IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH SCOTT CAPLES, AIS#295489, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION 17-00169-KD-MU |
| | : | |
| WALTER T. MYERS, *et al.*, | : | |
|     Respondents. | : | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner Caples' Petition is **DISMISSED** as time-barred under Section 2244(d), and that Petitioner Caples is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **26th** day of **June 2017.**

                              /s/ Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**